[No. 41596-8-II.   Division Two.   May 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ALAN GRAHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01803-6, Edmund Murphy, J., entered December 17, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 41599-2-II.   Division Two.   May 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. R.A.Y., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-8-00165-2, David L. Edwards, J., entered December 2, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 41663-8-II.   Division Two.   May 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. EDUARDO LOPEZ RAMOS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-00557-7, Ronald E. Culpepper, J., entered January 7, 2011. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Johanson, JJ.

[No. 41844-4-II.   Division Two.   May 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES NIKOLAUS GODWIN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01605-1, Lisa L. Sutton, J., entered February 11, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.